# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN FARNETH, on behalf of himself and all others similarly situated, | ) ) ) | 2:13-cv-01062 |
| Plaintiff, | ) ) | |
| | ) | Judge Mark R. Hornak |
| v. | ) ) | |
| WAL-MART STORES, INC., t/d/b/a Wal-Mart, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

AND NOW, this 30th day of December, 2013, upon consideration of Defendant's Motion to Stay and Plaintiff's Motion to Remand, it is hereby ORDERED that Defendant's Motion to Stay is DENIED without prejudice, and Plaintiff's Motion to Remand is GRANTED. It is further ORDERED that this case be remanded forthwith to the Allegheny County Court of Common Pleas based on principles of comity; and further ORDERED that the Clerk of this Court shall make out a certified copy of the Motion to Remand, and this Order, and shall forward it to the Court Administrator of the Allegheny County Court of Common Pleas.

_____
Mark R. Hornak
United States District Judge

cc: All counsel of record